GEORGE J. GOULD, Respondent, *v.* HOWARD GOULD, Respondent, and KATHERINE C. GOULD, Appellant.

*Gould* v. *Gould,* 170 App. Div. 898, affirmed.

(Submitted December 7, 1917; decided December 21, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 20, 1915, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to foreclose a tax lien upon

certain real property. The complaint was in the usual form. The answer of the defendant Katherine C. Gould consisted of a general denial and new matter, which the pleader designated as a " separate and distinct defense and a counterclaim," as follows: That the defendant Katherine C. Gould was the wife of the defendant Howard Gould, living separate and apart from him, pursuant to a decree of separation, and receiving from him for her support the sum of $3,000 per month, which sum was not in lieu of her right of dower in his real estate; that although her husband had sufficient income to pay the taxes upon the said premises, he failed and refused to do so; that his reason and purpose for his failure and refusal was to defeat her right of dower in said premises, and that plaintiff, in pursuance of a conspiracy entered into between her said husband and the plaintiff, the purpose of which was to defeat her right of dower in said premises, purchased the said tax lien with the money of the defendant Howard Gould, and for his account.

*Thomas D. Rambaut* for appellant.
*Robert B. Knowles* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, HOGAN, POUND, McLAUGHLIN and CRANE, JJ.